## 13611.   KING v. THE STATE.

LUKE, J.   1. The court erred in refusing to exclude the evidence as to the defendant's confession, there being evidence that the confession was induced by some slight hope of benefit or some remote fear of injury. *King* v. *State* (this case), 155 *Ga.* 707 (118 S. E. 368). See 28 *Ga. App.* 751.

2. The other special grounds of the motion for a new trial are either without merit or show errors which are not likely to recur upon retrial.
*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 10, 1923.

Indictment for arson; from Fulton superior court — Judge Humphries.   April 19, 1922.

*Thomas J. Lewis,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.